Dodd v. Central Railroad Co.            *82 N. J. L.*

For the plaintiff in error, *Joseph M. Noonan.*

For the defendants in error, *Robert L. Lawrence.*

---

RICHARD DODD, PLAINTIFF IN ERROR, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, DEFENDANT IN ERROR.

Argued June 22, 1911—Decided April 19, 1912.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 56.

For the plaintiff in error, *Ziegener & Lane.*

For the defendant in error, *McDermott & Enright.*

PER CURIAM.

The judgment under review will be affirmed for the reasons set forth in the opinion delivered in the Supreme Court by Mr. Justice Swayze.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ.  9.

*For reversal*—None.